

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

November 13, 2020

11/13/20
Granted

*[signed] Colleen McMahon*

**BY ECF**
Honorable Colleen McMahon
Chief, United States District Judge
Southern District of New York
500 Pearl Street – Room 2550
New York, New York 10007

Re: *United States v. Charles Kenyatta*, 19 Cr. 496 (CM)

Dear Chief Judge:

The parties respectfully write regarding the final proposed order of restitution for entry in the above-captioned case. During the sentencing hearing in this case on September 15, 2020, the Court ordered the parties to advise the Court by on or about November 13, 2020, regarding whether the parties have come to an agreement on the proposed restitution amount. While the parties have agreed in principle to an amount of restitution, the defense is in the process of obtaining the defendant's signature. Accordingly, the parties respectfully request fourteen days from the date of this letter to submit a proposed final order of restitution for the Court's consideration or to update the Court with respect to any change in circumstances.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

By: *[signed] Aline Flodr*
Aline R. Flodr
Maurene Comey
Timothy Capozzi
Assistant United States Attorneys
(212) 637-1110/2324/2404

cc: Ezra Spilke, Esq. (via Email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/20